UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Juliana Rodriguez Morel</u>

        v.                                                      Civil No. 21-cv-00040-AJ

<u>Mammoth Tech, Inc. fka Credit Adjustments, Inc.</u>

ENTRY OF DEFAULT AS TO
<u>Mammoth Tech, Inc. fka Credit Adjustments, Inc.</u>

     Pursuant to the court's order dated June 10, 2022, the above-named party was to appear by new counsel of record by June 24, 2022.  As no appearance by new counsel of record has been filed by the time specified, default is herewith entered as to Mammoth Tech, Inc. fka Credit Adjustments, Inc.

     By August 12, 2022, the Plaintiff shall submit a motion for default judgment and, if appropriate under Fed. R. Civ. P. 55(b)(1), an affidavit specifying damages.  Unless the court approves the motion for default judgment, a damages hearing will be held on September 26, 2022 at 10:00 AM.

     Local Rule 55.1(a) requires that the serving party give notice of the entry of default to the defaulting party by regular mail sent to the last known address of the defaulted party.

     SO ORDERED.

                                                                       By the Court,

July 15, 2022

                                                                       _____
                                                                       Andrea K. Johnstone
                                                                       United States Magistrate Judge

cc:     Megan Douglass, Esq.